```
        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| M.I.S. ENGINEERING, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3074 |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. EXPRESS ENTERPRISES, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion to stay or to extend deadline, filing 8, is granted and the deadline for the parties to file their Rule 26 planning conference report is extended to July 12, 2006.

DATED this 15th day of May, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge