IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| M.I.S. ENGINEERING, | ) | 4:06CV3074 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| U.S. XPRESS ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 9) is granted, as follows:

Plaintiff shall have until May 16, 2006, to respond to Defendant's motion for summary judgment (filing 6).

May 15, 2006.                    BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge